| | |
|---|---|
| 1 | HARRIS & RUBLE |
| 2 | Alan Harris (SBN 146079), harrisa@harrisandruble.com |
|   | David Garrett (SBN 160274), dgarrett@harrisandruble.com |
| 3 | Lin Zhan (SBN 317087), lznan@harrisandruble.com |
|   | 655 North Central Avenue 17th Floor |
| 4 | Glendale California 91203 |
|   | Tel: 323.962.3777 |
| 5 | Fax: 323.962.3004 |
| 6 | Attorneys for Plaintiff |
|   | TRAVIS TAYLOR |

MITCHELL SILBERBERG & KNUPP LLP
Emma Luevano (SBN 198421), eyl@msk.com
Stephen A. Rossi (SBN 282205), sar@msk.com
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
NBC WEST, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NBC WEST, LLC, a Delaware Limited Liability Company, and DOE 1 through and including DOE 10,<br><br>Defendants. | CASE NO. 2:19-CV-7663-DMG-PLA<br><br>Judge Dolly M. Gee<br>Magistrate Judge Paul L. Abrams<br><br>**NOTICE OF SETTLEMENT**<br><br>(Removed from LASC Case No. 19STCV23319)<br><br>(Federal Question Jurisdiction: 28 U.S.C. §§ 1331, 1441; Diversity Jurisdiction: §§ 1332, 1441, and 1446) |

**NOTICE OF SETTLEMENT**

# NOTICE OF SETTLEMENT

Plaintiff Travis Taylor ("Plaintiff") and Defendant NBC West, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, have completed mediation with experienced wage and hour mediator Lisa Klerman (the "Mediation"). Following Mediation, with the further assistance of the mediator, the Parties settled this case in principle on a class-wide basis, subject to Court approval.

At the Mediation, the Parties' counsel also settled in principle three additional state court cases that are similar in parties (in that each defendant is an indirect subsidiary of NBCUniversal Media, LLC) and issues to the instant matter: *Chavez v. Open 4 Business Productions LLC*, Los Angeles Superior Court ("LASC") Case No. 19STCV25663 ("*Chavez*"), *Tippin v. Universal Television LLC* ("Universal Television"), LASC Case No. 19STCV23315 ("*Tippin*"), and related case to *Tippin*, *Schwanke v. Universal Television LLC*, LASC Case No. 19STCV35785 ("*Schwanke*").

The Parties intend to draft one long-form agreement (the "Settlement") for all of these actions and present the Settlement for court approval. In an effort to streamline the approval process and preserve Court resources, and with this Court's approval, the Parties intend to stipulate to remand the instant case to state court for settlement purposes only so that the Settlement may be submitted for approval in Los Angeles Superior Court, along with *Chavez*, *Tippin*, and *Schwanke* (the "Approval").

The Parties will inform the Court of the status of Approval, and anticipate stipulating to continue the deadlines set forth in the Amended Schedule [ECF Doc 33] as necessary to complete the remand and Approval.

Respectfully submitted,

DATED: October 20, 2020

MITCHELL SILBERBERG & KNUPP LLP
EMMA LUEVANO
STEPHEN A. ROSSI

By: /s/ Emma Luevano
Emma Luevano
Attorneys for Defendant
NBC WEST, LLC

DATED: October 20, 2020

HARRIS & RUBLE
ALAN HARRIS
DAVID GARRETT
LIN ZHAN

By: /s/ Alan Harris
Alan Harris
Attorneys for Plaintiff
TRAVIS TAYLOR

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

DATED: October 20, 2020       By:    */s/ David C. Garrett*
                                      David Garrett
                                      Attorneys for Plaintiff